# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2157

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Antonio Alfaro, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: November 1, 2011
Filed: November 4, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Antonio Alfaro pleaded guilty to distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced him to 97 months in prison and 4 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable.

_____

[1] The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

We conclude that the district court did not impose an unreasonable sentence. The record reflects that the court considered relevant 18 U.S.C. § 3553(a) factors, explained why it chose not to vary downward, and imposed a sentence at the low end of the undisputed Guidelines range.  See United States v. Feemster, 572 F.3d 455, 460-61 (8th Cir. 2009) (en banc).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issue.  Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____